Susan St. Vincent
Yosemite Legal Officer
Armin M. Najafi
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

FILED

AUG 09 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COREY METCALF,<br><br>Defendant. | DOCKET NO. 6:16-mj-070-MJS (45mc)<br><br>**AFFIDAVIT OF ALLEGED PROBATION VIOLATION(S)** |

I, Armin M. Najafi, Acting Legal Officer for Yosemite National Park state the following is true and correct to the best of my knowledge and belief.

I am the Acting Legal Officer in Yosemite National Park and serve as the prosecutor for misdemeanor matters arising in the park. I have been so employed for six months. In the normal course of my duties I, and other individuals acting in a similar capacity in my office, regularly conduct probation status reviews for defendants on court probation with the District Court in Yosemite. In the normal course of my duties, I learned that defendant Corey METCALF has failed to pay a court-ordered fine of $500.

As the Acting Legal Officer, I am aware that METCALF was charged with misappropriation of property, in violation of Title 36 Code of Federal Regulations §2.30(a)(1).

1

1  On September 20, 2016, METCALF plead guilty to misappropriation of property,
2  in violation of Title 36 Code of Federal Regulations §2.30(a)(1). METCALF was
3  sentenced to 12 months of unsupervised probation during which time he was ordered to
4  obey all laws; notify the court through counsel of any law enforcement contacts; pay a
5  $500 fine due in fully by July 2017; and had to report to the Yosemite Legal Office for
6  Post Plea Booking. METCALF was ordered to personally appear at a review hearing on
7  August 22, 2017 at 10:00 a.m.

8  The government alleges METCALF has violated the following condition(s) of his
9  unsupervised probation:

10  CHARGE ONE:    FAILURE TO PAY $500 FINE

11  METCALF was ordered to pay a $500 fine by July 2017. As of the date of this
12  affidavit, METCALF has not paid any portion of the $500 fine.

14  8/9/17
Date

Armin M. Najafi
Acting Legal Officer
Yosemite National Park, CA

17  Sworn to before me and subscribed in my presence in Yosemite National Park,
California.

19
20  8/9/17
Date

Honorable Michael J. Seng
U. S. Magistrate Judge
Eastern District of California

2