HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
HOPE ALLEY, CA SBN #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
COREY METCALF

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:16-mj-0045-MJS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE REVIEW** |
| | ) **HEARING AND EXTEND TERM OF** |
| vs. | ) **PROBATION; ORDER** |
| COREY METCALF, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant Federal Defender Hope Alley, counsel for Corey Metcalf, that Mr. Metcalf's term of unsupervised probation be extended to expire on April 22, 2018, pursuant to 18 U.S.C. § 3564(d). The parties further request that the Court continue the review hearing in this matter to March 20, 2018.

Mr. Metcalf's review hearing is currently scheduled for January 24, 2018. By that date, Mr. Metcalf was required to pay a $500 fine and complete 25 hours of community service. Mr. Metcalf has had a difficult time finding community service that he can complete in the park during the winter months. Recently, Ms. St. Vincent provided Mr. Metcalf with a list of possible organization where he may volunteer. Given these circumstances, the parties request that Mr. Metcalf's review hearing be continued to March 20, 2018 and that his probation be extended to

April 22, 2018 to give Mr. Metcalf time to complete his community service hours.

                              Respectfully submitted,

                              McGREGOR W. SCOTT
                              United States Attorney

Date: January 16, 2018               /s/ Susan St. Vincent
                              Susan St. Vincent
                              Yosemite Legal Officer
                              Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

Date: January 16, 2018               /s/ Hope Alley
                              HOPE ALLEY
                              Assistant Federal Defender
                              Attorney for Defendant
                              COREY METCALF

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the January 23, 2018 hearing for Corey Metcalf, Case No. 6:16-mj-00045-MJS, is continued to March 20, 2018 at 10:00 a.m., and his probation is extended to April 22, 2018.

IT IS SO ORDERED.

Dated: January 16, 2018                    /s/ Michael J. Seng
                                        UNITED STATES MAGISTRATE JUDGE