1  HEATHER E. WILLIAMS, CA SBN #122664
   Federal Defender
2  HOPE ALLEY, CA SBN #314109
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorney for Defendant
   COREY METCALF
7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | Case No. 6:16-mj-0045-MJS

12 |         Plaintiff,                  | **STIPULATION TO CONTINUE REVIEW HEARING AND EXTEND TERM OF PROBATION; ORDER**

13 | vs.

14 | COREY METCALF,

15 |         Defendant.

16

17         IT IS HEREBY STIPULATED, by and between the parties through their respective

18 counsel, Yosemite Legal Officer Susan St. Vincent, counsel for the plaintiff and Assistant

19 Federal Defender Hope Alley, counsel for Corey Metcalf, that Mr. Metcalf's term of

20 unsupervised probation be extended to expire on May 30, 2018, pursuant to 18 U.S.C. § 3564(d).

21 The parties further request that the Court continue the review hearing in this matter to May 2,

22 2018.

23         Mr. Metcalf's review hearing is currently scheduled for March 28, 2018.  By that date,

24 Mr. Metcalf was required to pay a $500 fine and complete 25 hours of community service.  Mr.

25 Metcalf has finished his community service, and has the money to pay off his fine, but

26 unfortunately fell ill the night before his review hearing.  Mr. Metcalf has since been

27 hospitalized.  Given these circumstances, the parties request that Mr. Metcalf's review hearing be

28 continued to May 2, 2018 and that his probation be extended to May 30, 2018 to give Mr.

Metcalf time to get better and make his final payment.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: March 27, 2018      /s/ Susan St. Vincent
                          Susan St. Vincent
                          Yosemite Legal Officer
                          Attorney for Plaintiff

                          HEATHER E. WILLIAMS
                          Federal Defender

Date: March 27, 2018      /s/ Hope Alley
                          HOPE ALLEY
                          Assistant Federal Defender
                          Attorney for Defendant
                          COREY METCALF

## **O R D E R**

The Court accepts the above Stipulation and adopts its terms as the Order of this Court. Accordingly, the March 28, 2018 hearing for Corey Metcalf, Case No. 6:16-mj-00045-MJS, is continued to May 2, 2018 at 10:00 a.m., and his probation, and all terms and conditions thereof, is extended to May 30, 2018.

IT IS SO ORDERED.

Dated:   March 27, 2018              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE