# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COREY METCALF

    Defendant.

USDC Case Number:     6:16-mj-00045-JDP

**ORDER TO PAY FIXED-SUM IN LIEU OF COMMUNITY SERVICE**

Defendant has agreed to pay a fixed-sum in lieu of previously ordered community service.

| Charge(s): | Nature of Charge(s) |
|---|---|
| **Charge 2** | **Failure to preform community service** |

**ACCORDINGLY, YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

[✓]     **PAY** a fine in the amount of __$790.00__ amd a special assessment of $ 10.00 for a total financial obligation of $800.00 to be paid in full by 8/7/2019.

**IT IS FURTHER ORDERED** that all financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed your driving record and must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

[ ]  **CENTRAL VIOLATIONS BUREAU**
P.O. Box 71363
Philadelphia, PA 19176-1363
1-800-827-2982
    -or-
Pay on-line at www.cvb.uscourts.gov and
Click on "Pay On-Line"

[x]  **CLERK, United States District Court**
Eastern District of California- Fresno Division
2500 Tulare Street, Suite 1501
Fresno, CA 93721

Your check or money order must indicate your name and violation notice/case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.

Dated: 9/6/19

_____
United States Magistrate Judge

*Cal-Ed (Fresno)- Mis 4 (Rev. 12/14)*
cc: U.S. Attorney, Fresno Office- Misdemeanor Unit

CRD Initials WK